# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Susan Hamlin, et al., | No. CV-19-05886-PHX-GMS |
| Plaintiffs, | **ORDER** |
| v. | |
| Katerra Incorporated, | |
| Defendant. | |

Before the Court is the parties' Stipulation for Dismissal Without Prejudice (Doc. 55).

**IT IS ORDERED** granting the parties' Stipulation (Doc. 55).

**IT IS FURTHER ORDERED** dismissing the above-captioned matter, without prejudice, each party to bear their own costs and attorneys' fees.

Dated this 20th day of March, 2023.

_____
G. Murray Snow
Chief United States District Judge